THE LAW OFFICES OF RAMON A. CAMEJO, P.C.
Ramon A. Camejo (Attorney ID No.: 008362006)
110 Elmora Avenue
Elizabeth, New Jersey 07202
Telephone No.: (908) 469-4666
Facsimile No.: (908) 345-6140
Attorneys for Plaintiff, Camilo R. Fiorillo

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAMILO R. FIORILLO, <br><br> Plaintiff, <br><br> vs. <br><br> DOMINIC C. LASSITER, JOHN DOES 1-10 and ABC CORPORATIONS 1-10, (said names being fictitious designations) <br><br> Defendants. | Civil Action No.: <br><br><br> **COMPLAINT, JURY DEMAND AND DEMAND FOR DISCOVERY** |

The plaintiff, Camilo R. Fiorillo, (sometimes hereinafter referred to as "Mr. Fiorillo" or as the "Plaintiff"), by and through their attorneys, The Law Offices of Ramon A. Camejo, P.C., by way of complaint against the defendants, Dominic C. Lassiter John Does 1-10, and ABC Corporations 1-10, (sometimes hereinafter collectively referred to as the "Defendants"), says the following:

PARTIES

1. Plaintiff, Camilo R. Fiorillo, is an individual residing in the City of Elizabeth, County of Union and State of New Jersey.

2. Upon information and belief, the defendant, Dominic C. Lassiter, is an individual residing in Brooklyn, and State of New York.

3. Defendants, John Does 1-10, are individuals who owned and/or operated the vehicles involved in the within accident, and/or are other individuals not yet identified. Defendants John Does 1-10 are fictitious names pleaded as defendants' true identities which are unknown to the Plaintiff at this time.

4. Defendants, ABC Corporations 1-10, are the fictitious names of businesses, partnerships, corporations, and/or other legal entities which are or may be liable to the Plaintiff, but their identities are not yet known.

5. John Does 1-10 and ABC Corporations 1-10, may be the true owners, operators, lessors, lessees, agents, servants, employers, employees, and/or any other persons or entities with an interest in the subject vehicles and/or the accident in question.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because Plaintiff is a citizen of the State of New Jersey, Defendants are all citizens of other states, and the matter in controversy exceeds $75,000.00, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

2. Venue is also proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims asserted in this action occurred in this district, specifically all the Plaintiffs medical treatment which directly resulted from the subject accident.

3. Accordingly, venue is proper within this District because the Plaintiffs principal place of residence and domicile at the time of the incident was within the State of New Jersey, specifically 832 Summer Street, in the City of Elizabeth, County of Union and State of New Jersey, while defendants all reside and/or are located at 1036 East 85 Street, Borough of Brooklyn, County of Kings, and State of New York.

## **STATEMENT OF FACTS**

6. On or about Thursday, April 15, 2021, plaintiff sustained severe and permanent bodily injuries as a result of the defendants' carelessness and/or negligence. At that time Defendant, Dominic C. Lassiter failed to observe the traffic signal striking and colliding with Plaintiff in the Borough of

Brooklyn, County of Kings, and State of New York at the intersection of Metropolitan and Stewart Avenues.

7. Defendant(s), among other things, operated the motor vehicle in a negligent and/or careless manner which resulted in the vehicle striking the Plaintiff.

8. As a direct and proximate cause of the Defendant(s)' negligence and/or carelessness, the Plaintiff sustained severe, painful, and permanent bodily injuries.

10. The injuries they sustained have caused the Plaintiff great pain and suffering; incapacitated the Plaintiff from pursuing their usual employment and other activities; have left them with permanent disabilities and have caused the Plaintiff to incur medical bills. The injuries will, in the future, similarly incapacitate the Plaintiff; cause them great pain and suffering; require further medical treatment; and will cause the Plaintiff to incur further medical bills.

## COUNT 1 - NEGLIGENCE

4. Plaintiff repeats and realleges the allegations set forth in the above paragraphs as if set forth at length herein.

5. As a direct and proximate cause of the Defendants' negligence and carelessness, as set forth above, the Plaintiff sustained severe, painful, and permanent bodily injuries.

6. As a result of the accident, the Plaintiff's body was jolted and thrown about the inside of the motor vehicle causing him to sustain severe, painful and permanent bodily injuries which causes him great pain and suffering; required extensive medical treatment; caused him to incur substantial medical bills; aggravated preexisting medical conditions; incapacitated him from pursuing his usual work and other activities; and have left him with permanent disabilities which will in the future cause him to incur further medical bills and will m the future similarly incapacitate him.

**WHEREFORE,** Plaintiff, Camilo R. Fiorillo, demands judgment against the defendants, Dominic C. Lassiter, John Does 1-10, and ABC Corporations 1-10, individually, jointly and severally for:

(a) Compensatory damages;

(b) Prejudgment interest;

(c) Post judgment interest;

(d) Attorney's fees;

(e) Costs of suit; and

(f) Any other relief which the Court deems equitable and just.

THE LAW OFFICES OF RAMON A. CAMEJO, P.C.

BY: _____
RAMON A. CAMEJO
**Attorneys for Plaintiff**

Dated: April 14, 2023

## JURY DEMAND

Plaintiff hereby demands trial by jury as to all issues in the above matter.

## CERTIFICATION OF NO OTHER ACTIONS

I hereby certify that the matter in controversy is not the subject of any other action pending in any Court or of a pending arbitration proceeding. I further certify that I have no knowledge of any contemplated action or arbitration proceeding which is the subject matter of this action and that I am not aware of any other parties who should be joined in this action.

## DEMAND FOR MEDICAL PAYMENTS COVERAGE

Plaintiff hereby demands tender of any and all medical payment ("med pay") provision coverage on the tortfeasor's liability policies. This request hereby constitutes notice of plaintiff's intention to make a claim against such coverage. If information is required to process some claim, please contact the undersigned.

THE LAW OFFICES OF RAMON A. CAMEJO, P.C.

BY: _____
RAMON A. CAMEJO
**Attorneys for Plaintiff**

Dated: April 14, 2023

## NOTICE REGARDING DEFENSE MEDICAL EXAMINATIONS

Please be advised that the plaintiff hereby objects to the taking of any photographs, x-rays, or other reproductions concerning the plaintiff or the plaintiff's injuries at the time of any defense examinations. The plaintiff is not obligated under any Court Rule to bring any records, diagnostic films, or other items to defense medical examinations. Therefore, any such request shall be ignored.

Defendants are specifically put on notice that if any defense medical examiner requires such information, it should be provided to the doctor by defense counsel and not by the plaintiff.

Additionally, the plaintiff will not be providing the defense medical examiner with any information other than to provide a valid photographic identification for the sole purpose of verifying their identity. The plaintiff will not be filling out any paperwork at the time of their examination. Any paperwork required by the examiner, should be completed by the defense counsel requesting the defense medical examination prior to the happening of the examination. If the defense counsel requires information that is not in their possession to complete said paperwork, the proper discovery request should be made to plaintiff through their counsel.

THE LAW OFFICES OF RAMON A. CAMEJO, P.C.

BY: _____
RAMON A. CAMEJO
Attorneys for Plaintiff

Dated: April 14, 2023